# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUANA GINES,<br>o/b/o C. A. DLC, | : | |
| | : | |
| Plaintiff | : | **No. 3:16-CV-0568** |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**NOW, THIS 15TH DAY OF NOVEMBER, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, Juana Gines o/b/o C. A. DLC, supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings;

4. Judgment is entered in favor of Plaintiff and against Defendant; and

5. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**